UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| | |
|---|---|
| In re: Castle Arch Opportunity Partners I, LLC | Case No.  11-35240 |
| | Chapter  11 |
| Debtor(s). | Trustee: |

## AMENDMENT DECLARATION

Please circle or underline amended material when appropriate.

1. PETITION  X  REOPENING:  Yes ___  No  X  CONVERSION(13 to 7)  Yes ___  No  X
   When changing debtor's address, please file separate change of address form.
   When amending, please submit the changes/additions only!

2. SCHEDULES:  A  X  B  X  C ___ D ___ E  X  F  X  G  X  H  X  I ___ J ___
   Are you changing the address, amounts, etc., or adding a creditor?
   Changing  X  Adding  X  ($30.00 amendment fee required for D, E, & F; OR ___ IFP Waiver)

3. AMENDED AMOUNTS/TOTALS OF SCHEDULES:  Yes.
4. STATEMENT OF AFFAIRS:  Yes.
5. AMENDED CHAPTER 13 PLAN:  N/A

If you have amended schedules D, E, F by adding a creditor, you owe $30.00 amendment fee.  Fee attached  X

If schedules D, E, F were amended but no creditors added or adding a listed creditor's attorney, no fee necessary.
No fee attached ___
Reason no fee is attached ___

It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added to the schedules/matrix.
A certificate of mailing to creditors should be filed with the Clerk's office (see below).

I declare under penalty of perjury that the information provided in this attached amendment is true and correct.

_Jeff Austin_                12-23-2011
Jeff Austin          Date
Debtor

U.S. Trustee's Office and Trustee in the case supplied copies of amendment(s)?  Yes  / No ___

_Gregory J. Adams_
Gregory J. Adams
ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to creditors of this estate as follows (please mark the appropriate lines(s)):

_ / _  341 Notice to creditors added by this amendment.
_____  Discharge Notice to creditors added by this amendment.
_____  Amended Chapter 13 Plan to all creditors.

_12/23/11_
DATED

_Gregory J. Adams_
Gregory J. Adams
ATTORNEY FOR DEBTOR(S)

Rev 10/05
Best Case Bankruptcy

B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Utah | Voluntary Petition<br>AMENDED |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Castle Arch Opportunity Partners I, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-4465091** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**8 East Broadway #510**<br>**Salt Lake City, UT**                    ZIP Code<br>**84111** | Street Address of Joint Debtor (No. and Street, City, and State):                    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Salt Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                    ZIP Code | Mailing Address of Joint Debtor (if different from street address):                    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):     **Tooele, Utah** | |

## Type of Debtor
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)

## Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

### Tax-Exempt Entity
(Check box, if applicable)

☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which
the Petition is Filed (Check one box)

☐ Chapter 7          ☐ Chapter 15 Petition for Recognition
☐ Chapter 9              of a Foreign Main Proceeding
☑ Chapter 11
☐ Chapter 12          ☐ Chapter 15 Petition for Recognition
☐ Chapter 13              of a Foreign Nonmain Proceeding

## Nature of Debts
(Check one box)

☐ Debts are primarily consumer debts,          ☑ Debts are primarily
defined in 11 U.S.C. § 101(8) as              business debts.
"incurred by an individual primarily for
a personal, family, or household purpose."

## Filing Fee (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
attach signed application for the court's consideration certifying that the
debtor is unable to pay fee except in installments. Rule 1006(b). See Official
Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☑ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

### Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

### Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

### Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10) - **AMENDED**                                                                   Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Castle Arch Opportunity Partners I, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____
      (Name of landlord that obtained judgment)

      _____
      (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)   – AMENDED                                                           Page 3

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | Castle Arch Opportunity Partners I, LLC |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney\***

X _____
Signature of Attorney for Debtor(s)
Gregory J. Adams 6159
Printed Name of Attorney for Debtor(s)
McKay, Burton & Thurman
Firm Name
170 South Main Street, Suite 800
Salt Lake City, UT 84101
Address

801-521-4135  Fax: 801-521-4252
Telephone Number
12-23-11
Date
\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
Jeff Austin
Printed Name of Authorized Individual
CEO/Pres. CAREIC, Mngr CAOP Managers, Debtor's Mngr
Title of Authorized Individual
12-23-2011
Date

In re      **Castle Arch Opportunity Partners I, LLC**                                    ,        Case No.____**11-35240**_____
Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **CAOP Managers, LLC**<br>Utah | **11-35237**<br>Manager | **10/20/11**<br>Mosier |
| **Castle Arch Real Estate Investment Company**<br>Utah | **11-35082**<br>Mngr. of CAOP Managers, LLC | **10/17/11**<br>Marker |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Utah

In re   **Castle Arch Opportunity Partners I, LLC**

Debtor(s)

Case No.   **11-35240**

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Longview Financial Group, Inc.<br>Schrader & Schoenberg, LLP<br>711 Third Avenue #1803<br>New York, NY 10017 | Longview Financial Group, Inc.<br>Schrader & Schoenberg, LLP<br>711 Third Avenue #1803<br>New York, NY 10017 | breach of contract | Unliquidated<br>Disputed | 9,304,852.00 |
| CAOP Managers, LLC<br>8 East Broadway #510<br>Salt Lake City, UT 84111 | CAOP Managers, LLC<br>8 East Broadway #510<br>Salt Lake City, UT 84111 | Management fees | Unliquidated | 108,073.08 |
| Broadway Copy<br>2401 S Broadway<br>Santa Ana, CA 92707 | Broadway Copy<br>2401 S Broadway<br>Santa Ana, CA 92707 | copies/printing | | 5,063.75 |
| Incsmart. Biz, Inc.<br>4421 Edward Ave<br>Las Vegas, NV 89108 | Incsmart. Biz, Inc.<br>4421 Edward Ave<br>Las Vegas, NV 89108 | Registered Agent Fees | Unliquidated<br>Disputed | Unknown |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re   **Castle Arch Opportunity Partners I, LLC**        Case No.    **11-35240**

                   Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the CEO/Pres. CAREIC, Mngr CAOP Managers, Debtor's Mngr of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   *12-27-2011*      Signature    _Jeff Austin_

                              Jeff Austin<br>
                              CEO/Pres. CAREIC, Mngr CAOP Managers, Debtor's Mngr

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Utah

In re   **Castle Arch Opportunity Partners I, LLC**
                                      Debtor

Case No.   **11-35240**

Chapter       **11**

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 5,467,000.00 | | |
| B - Personal Property | Yes | 4 | 1,674,186.07 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 276,026.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 9,417,988.83 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 11 | | | |
| Total Assets | | | 7,141,186.07 | | |
| Total Liabilities | | | | 9,694,014.83 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Utah

In re   **Castle Arch Opportunity Partners I, LLC**                     Case No. ____**11-35240**____

                                                    Debtor

                                                    Chapter_____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Castle Arch Opportunity Partners I, LLC**                                    Case No.   __11-35240__
                                                                    Debtor

## SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **348.2 acres of RR-5 zoned raw land and 618.34 acre feet of water rights in Tooele, Utah** | **Fee simple** | - | **5,360,000.00** | **276,026.00** |
| **Investment Home**<br>**5313 South 51st Drive**<br>**Laveen, AZ  85339** | **Fee Simple** | - | **107,000.00** | **0.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **5,467,000.00** | (Total of this page) |
| Total > | **5,467,000.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                 Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Castle Arch Opportunity Partners I, LLC**                              Case No. ___**11-35240**___
                                                      Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place
an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified
with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community
own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint
petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and
Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as
"A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **TD Ameritrade Checking account, Utah**<br><br>**HSBC Foreign Currency Savings** | -<br><br>- | 383,457.71<br><br>2,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >         385,457.71
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Castle Arch Opportunity Partners I, LLC**                          Case No. __**11-35240**__
                                                   Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Interests in the following Conix related joint venture/partnerships of distressed debt and bank REO residential properties:** <br> **Town Capital I (note receivable)** <br> **Onyx Capital II (note receivable)** <br> **Conix/Oak Capital (note receivable)** <br> **EWCA Com I** <br> **EWCA Com II** <br> **CREO 111 (Estimated Total Value $1,131,183.66)** <br><br> **Western Showcase Manufactured Home (Estimated Value $40,027.50)** | - | 1,171,211.11 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

|  | Sub-Total > <br> (Total of this page) | 1,171,211.11 |
|---|---|---|

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Castle Arch Opportunity Partners I, LLC**                          Case No. ___**11-35240**___
                                               Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Inter-company loan to Castle Arch Opportunity Partners III, LLC. Property located in UT. | - | 17,517.25 |
| | | Inter-company loan to Castle Arch Smryna, LLC. Property located in TN. | - | 100,000.00 |
| | | Contract and tort claims against Conix, Inc. related to distressed real estate purchase, remediation and re-sale. Property located in Tucson, AZ. | - | Unknown |
| | | Recovery of overpayments to Longview Financial Holding, Inc and Longview Financial Group Inc. Property held in NY, NY. | - | Unknown |
| | | Claim against Castle Arch Real Estate Investment Company, LLC and CAOP Managers, LLC for breach of fiduciary duty related to Toole land and water transaction. Property located in Tooele, Utah. | - | Unknown |
| | | Cash retainer/payment to Carr & Waddoups in 2011. Property located in UT. | - | Unknown |
| | | Cash retainer/payment to Trent Waddoups, PC in 2011. Property located in UT. | - | Unknown |
| | | Cash retainer/payment to Labertew & Associates in 2011. Property located in UT. | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

                                                              Sub-Total >        117,517.25
                                                              (Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Castle Arch Opportunity Partners I, LLC**                              Case No. __**11-35240**__

_____
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >         0.00
(Total of this page)
Total >   1,674,186.07

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Castle Arch Opportunity Partners I, LLC**                                       Case No. ___**11-35240**___
                                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | 2009 | | | | | |
| ANB Venture c/o Adelaide Maudsley, Esq. 201 S Main #2000 Salt Lake City, UT 84111 | X | - | | Deed of Trust 348.2 acres of RR-5 zoned raw land and 618.34 acre feet of water rights in Tooele, Utah | | | | | |
| | | | | Value $          5,360,000.00 | | | | 158,000.00 | 0.00 |
| Account No. | | | | | | | | | |
| Kingston Management Services, LLC 477 Shoup Ave STE 207 Idaho Falls, ID 83402 | | | | Add'l Notice for: ANB Venture | | | | Notice Only | |
| | | | | Value $ | | | | | |
| Account No. xx-xxx5091 | | | | 2009 to current | | | | | |
| Tooele County Treasurer 47 South Main Tooele, UT 84074 | | - | | Statutory Lien 348.2 acres of RR-5 zoned raw land and 618.34 acre feet of water rights in Tooele, Utah | | | | | |
| | | | | Value $          5,360,000.00 | | | | 118,026.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| | | | | Subtotal (Total of this page) | | | | 276,026.00 | 0.00 |
| | | | | Total (Report on Summary of Schedules) | | | | 276,026.00 | 0.00 |

__0__   continuation sheets attached

B6E (Official Form 6E) (4/10)

In re    **Castle Arch Opportunity Partners I, LLC**                                    Case No. ___11-35240_____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Castle Arch Opportunity Partners I, LLC**                                    Case No. **11-35240**
                                                                                            Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Broadway Copy<br>2401 S Broadway<br>Santa Ana, CA 92707 | | - | | | 2009<br>copies/printing | | | | 5,063.75 |
| Account No.<br><br>CAOP Managers, LLC<br>8 East Broadway #510<br>Salt Lake City, UT 84111 | | - | | | 2009 to present<br>Management fees | X | | | 108,073.08 |
| Account No.<br><br>Incsmart. Biz, Inc.<br>4421 Edward Ave<br>Las Vegas, NV 89108 | | - | | | Registered Agent Fees | | X | X | Unknown |
| Account No.<br><br>Longview Financial Group, Inc.<br>Schrader & Schoenberg, LLP<br>711 Third Avenue #1803<br>New York, NY 10017 | | - | | | 2009-10<br>Contract and tort counter-claims and claims. | | X | X | 9,304,852.00 |
| | | | | | Subtotal<br>(Total of this page) | | | | 9,417,988.83 |

   **1**   continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re    **Castle Arch Opportunity Partners I, LLC**                                    Case No. ___**11-35240**___
                                                        Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Longview Financial Holding Inc. c/o CSC Registered Agent 2711 Centerville Road, Suite 400 Wilmington, DE 19808 | | | | Add'l Notice for: Longview Financial Group, Inc. | | | | Notice Only |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. _1_ of _1_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 0.00 |
| Total (Report on Summary of Schedules) | 9,417,988.83 |

B6G (Official Form 6G) (12/07)

In re   **Castle Arch Opportunity Partners I, LLC**                                    Case No. ____**11-35240**_____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **CAOP Managers, LLC (Managed by CAREIC)** (Debtor in Case No. 11-35237) **8 East Broadway #510 Salt Lake City, UT 84111** | **LLC Operating Agreement with the Debtor. 8 East Broadway #510 Salt Lake City, UT 84111** |
| **CAOP Managers, LLC (Managed by CAREIC) 8 East Broadway #510 Salt Lake City, UT 84111** | **Management Agreement with the Debtor. 8 East Broadway #510 Salt Lake City, Utah  84111** |

**0**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Castle Arch Opportunity Partners I, LLC**                          Case No. ____**11-35240**____
                                                    Debtor

## SCHEDULE H - CODEBTORS - AMENDED

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Arch Secured Development Funds, LLC**<br>**8 East Broadway, Suite 510**<br>**Salt Lake City, UT 84111** | **Longview Financial Group, Inc.**<br>**Schrader & Schoenberg, LLP**<br>**711 Third Avenue #1803**<br>**New York, NY 10017** |
| **CAOP Managers, LLC**<br>**8 East Broadway #510**<br>**Salt Lake City, UT 84111** | **Longview Financial Group, Inc.**<br>**Schrader & Schoenberg, LLP**<br>**711 Third Avenue #1803**<br>**New York, NY 10017** |
| **Castle Arch Kingman, LLC**<br>**8 East Broadway, Suite 510**<br>**Salt Lake City, UT 84111** | **Longview Financial Group, Inc.**<br>**Schrader & Schoenberg, LLP**<br>**711 Third Avenue #1803**<br>**New York, NY 10017** |
| **Castle Arch Lease to Own Income Fund**<br>**8 East Broadway, Suite 510**<br>**Salt Lake City, UT 84111** | **Longview Financial Group, Inc.**<br>**Schrader & Schoenberg, LLP**<br>**711 Third Avenue #1803**<br>**New York, NY 10017** |
| **Castle Arch Opportunity Partners II, LLC**<br>**8 East Broadway, Suite 510**<br>**Salt Lake City, UT 84111** | **Longview Financial Group, Inc.**<br>**Schrader & Schoenberg, LLP**<br>**711 Third Avenue #1803**<br>**New York, NY 10017** |
| **Castle Arch Opportunity Partners III, LL**<br>**8 East Broadway, Suite 510**<br>**Salt Lake City, UT 84111** | **Longview Financial Group, Inc.**<br>**Schrader & Schoenberg, LLP**<br>**711 Third Avenue #1803**<br>**New York, NY 10017** |
| **Castle Arch Real Estate Investment Co**<br>**8 East Broadway #510**<br>**Salt Lake City, UT 84111** | **Longview Financial Group, Inc.**<br>**Schrader & Schoenberg, LLP**<br>**711 Third Avenue #1803**<br>**New York, NY 10017** |
| **Castle Arch Real Estate Investment Co**<br>**8 East Broadway #510**<br>**Salt Lake City, UT 84111** | **ANB Venture**<br>**c/o Adelaide Maudsley, Esq.**<br>**201 S Main #2000**<br>**Salt Lake City, UT 84111** |

0
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

## United States Bankruptcy Court
### District of Utah

In re   Castle Arch Opportunity Partners I, LLC _____   Case No.   11-35240 _____
                                          Debtor(s)              Chapter    11 _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the CEO/Pres. CAREIC, Mngr CAOP Managers, Debtor's Mngr of the corporation named as debtor in
this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___13___
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  12-23-2011              Signature  _Jeff Austin_____
                                          Jeff Austin
                                          CEO/Pres. CAREIC, Mngr CAOP Managers, Debtor's
                                          Mngr

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
                     18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Utah

In re   **Castle Arch Opportunity Partners I, LLC** _____   Case No. __11-35240__
_____   Chapter __11__
Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS - AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $-101,589.71 | 2011 YTD: |
| $696,262.00 | 2010: |
| $451,067.00 | 2009: |

**2. Income other than from employment or operation of business**

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $24,765.03 | Interest income, 2010 |

**3. Payments to creditors**

None ■ *Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ☐ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Jeff Austin** <br> **16246 Santa Barbara Lane** <br> **Huntington Beach, CA 92646** <br> **Manager/CEO of Castle Arch Real Estate Investment Comapany, LLC, Manager of CAOP Managers, LLC., Manager of Debtor** | 11/29/10 | $2,017.59 | $0.00 |
| **Castle Arch Real Estate Investment Co** <br> **8 East Broadway #510** <br> **Salt Lake City, UT 84111** <br> **Mngr of CAOP Managers, LLC, Mngr. of Debtor** | 10/18/10-10/20/11 | $1,524,830.73 | $108,073.08 |
| **Castle Arch Real Estate Opportunity Partners II** <br> **8 East Broadway Suite 510** <br> **Salt Lake City, UT 84111** <br> **Affiliate** | 10/22/2010;10/26/2010 | $367,523.22 | $0.00 |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Castle Arch Opportunity Partners III**<br>**8 East Broadway Suite 510**<br>**Salt Lake City, UT 84111**<br>    **Affiliate** | **12/29/10** | **$3.98** | **$0.00** |
| **Conix**<br>**3915 E. Broadway Blvd., Ste. 400**<br>**Tucson, AZ 85711** | **12/13/2010;11/09/2010;02/21 /2011** | **$550,000.00** | **$0.00** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Longview Financial Group, Inc. v. Castle Arch Real Estate Investment Co., LLC, Case No. 600904/10 | Tort and contract | Supreme Court of the State of New York, County of New York | Pre-Discovery ; Motion to Dismiss Phase Complete |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☐ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **Trent Waddoups** **Carr & Waddoups** **8 East Broadway #609** **Salt Lake City, UT 84111** | **Hunt Law Corporation v. Castle Arch Real Estate Investment Company, LLC, Case No. 100700353, 2nd Judicial District Court of Davis County, State of Utah, Judge David Connors** | 9/9/11 | **All assets and operations of Debtor and affiliated debtors. Value subject to intercompany claims and offsets.** |

---

### 7. Gifts

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

### 8. Losses

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

### 9. Payments related to debt counseling or bankruptcy

None
☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Labertew & Associates, LLC** **4764 South 900 East #3** **Salt Lake City, UT 84117** | **9/19/11** | **(Retainer $47,500 Total, fbo CAREIC)** |

---

### 10. Other transfers

None
■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■   **b.** List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Chase Bank<br>Orem, UT | Checking; 3190 | $0; 9/30/11 |

**12. Safe deposit boxes**

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☐   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 1295 Flint Meadow Drive #D<br>Kaysville, Utah 84037 | Castle Arch Opportunity Partners I, LLC | 3/2010 to 8/2011 |
| 2500 North Tucson Blvd, Suite 140<br>Tucson, AZ 85716 | Castle Arch Opportunity Partners I, LLC | 03/2009 to 03/2010 |
| 650 Town Center Drive, Suite 780<br>Costa Mesa, CA 92626 | Castle Arch Opportunity Partners I, LLC | 03/2009 to 03/2010 |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Doug Child<br>1284 W. Flint Meadow Dr #D<br>Kaysville, UT 84037 | 2009-07/2011 |
| Glen Martinsen<br>8 East Broadway #510<br>Salt Lake City, UT 84111 | 2009-present |
| Laura Weston<br>656 Westbrook Dr<br>Kaysville, UT 84037 | 2009-10 |
| Child Van Wagoner Bradshaw, CPAs<br>1284 W. Flint Meadow Dr. #D<br>Kaysville, UT 84037 | 2009 through present |
| Chisholm, Bierwolf, Nilson & Morrill<br>12 South Main #208<br>Layton, UT 84041 | 2009-10 |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Child Van Wagoner Bradshaw, CPAs | 1284 W. Flint Meadow Dr. #D<br>Kaysville, UT 84037 | 2011 |
| Chisholm, Bierwolf, Nilson & Morrill | 12 South Main #208<br>Layton, UT 84041 | 2009-03/2010 |

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Child Van Wagoner Bradshaw, CPAs | 1284 W. Flint Meadow Dr. #D<br>Kaysville, UT 84037 |

8

NAME
Glen Martinsen

Trent Waddoups, Receiver

ADDRESS
8 East Broadway #510
Salt Lake City, UT 84111

Carr & Waddoups
8 East Broadway, #510
Salt Lake City, UT 84111

None
■
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                           DATE ISSUED

## 20. Inventories

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None
■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                    NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS

## 21 . Current Partners, Officers, Directors and Shareholders

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS              NATURE OF INTEREST              PERCENTAGE OF INTEREST

None
☐
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| CAOP Managers, LLC<br>8 East Broadway #510<br>Salt Lake City, UT 84111 | Manager, Shareholder | Member Units 42% |
| CONIX<br>2500N Tucson<br>Tucson, AZ 85716 | Shareholder | Member Units 42% |

## 22 . Former partners, officers, directors and shareholders

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                    ADDRESS                    DATE OF WITHDRAWAL

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS              TITLE              DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

10

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  12-23-2011          Signature   Jeff Austin

Jeff Austin
CFO/Pres, CARFIC, Mngr CAOP Managers, Debtor's

## United States Bankruptcy Court
### District of Utah

In re    Castle Arch Opportunity Partners I, LLC

Debtor

Case No.    11-35240

Chapter        11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| See attached | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO/Pres. CAREIC, Mngr CAOP Managers, Debtor's Mngr of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  12-23-2011

Signature  *Jeff Austin*

Jeff Austin
CEO/Pres, CAREIC, Mngr CAOP Managers, Debtor's Mng

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

 0    continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

| surname | first name | spouse/co-named | | Street | City | St | Zip | Pref Units | investment date | Money Invested |
|---|---|---|---|---|---|---|---|---|---|---|
| CASSIDY | BARBARA | | | 2312 E Sequoia Dr | Phoenix | AZ | 85024 | 3,000.00 | 9/3/2009 | $ 300,000 |
| KULYK | EWHEN | | | 1022 Highland Ln | Glenview | IL | 60025 | 2,500.00 | 6/4/2009 | $ 250,000 |
| BECKER | EDWARD | | | 847 Meadow Creek Ct | Walnut Creek | CA | 94596 | 2,000.00 | 9/23/2009 | $ 200,000 |
| FELLARS | ROY | | | 15 W. College Dr | Arlington Heights | IL | 60004 | 2,000.00 | 8/28/2009 | $ 200,000 |
| HARRIS | FRANK | | | 131 Apple Tree Rd | Winnetka | IL | 60093 | 2,000.00 | 7/23/2009 | $ 200,000 |
| HORN | AARON | | | 21 Forest Hills CT | Walnut Creek | CA | 94597 | 2,000.00 | 6/4/2009 | $ 200,000 |
| MOSTERT | JUSTIN | MOSTERT | AMY | 41 Via Adrian | San Clemente | CA | 92673 | 2,000.00 | 8/20/2009 | $ 200,000 |
| EBERT | DAVID | | | 951 N. Haddow | Arlington Heights | IL | 60004 | 1,590.00 | 8/28/2009 | $ 159,000 |
| BEDDINGFIELD | GEORGE | BEDDINGFIELD | ELENA | 3804 Ventura Canyon Ave | Sherman Oaks | CA | 91423 | 1,500.00 | 8/11/2009 | $ 150,000 |
| DARCY | CLAIRE | DARCY | CHARLES | 155 Littleworth Lane | Sea Cliff | NY | 11579 | 1,500.00 | 7/20/2009 | $ 150,000 |
| LEE | SAMUEL | LEE | MING | 18543 Yorba Linda Blvd # 336 | Yorba Linda | CA | 92886 | 1,500.00 | 8/28/2009 | $ 150,000 |
| SAUNDERS | JOHN | | | 720 Glenandale Terrace | Glendale | CA | 91206 | 1,500.00 | 9/3/2009 | $ 150,000 |
| SAUNDERS | JOHN | | | 720 Glenandale Terrace | Glendale | CA | 91206 | 1,500.00 | 8/20/2009 | $ 150,000 |
| MAZZAFERRI | TIMOTHY | | | 4334 Ivy Dr | Glenview | IL | 60025 | 1,290.00 | 7/20/2009 | $ 129,000 |
| SEGALA | LORRAINE | | | P.O. Box 3967 | Stateline | NV | 89449 | 1,250.00 | 7/23/2009 | $ 125,000 |
| SNEP | DENISE | | | 570 Dunhill | Lake Zurich | IL | 60047 | 1,183.00 | 7/23/2009 | $ 118,300 |
| PINIOTES | KAREN | | | PO Box 1131 | Breckenridge | CO | 80424 | 1,100.00 | 8/28/2009 | $ 110,000 |
| GILKISON | CHARLES | | | 935 Anderson Dr | Green Oaks | IL | 90048 | 1,030.00 | 8/28/2009 | $ 103,000 |
| COREY | MARGARET | | | 228 Woodstone Cir | Buffalo Grove | IL | 60089 | 1,023.00 | 9/3/2009 | $ 102,300 |
| MIILLER | ALDERD | MIILLER | ANNA | 801 W Linger Lane | Phoenix | AZ | 85021 | 1,014.67 | 8/20/2009 | $ 101,467 |
| BAKER | JOHN | | | 52 HeadQuaters Road | Litchfield | CT | 06759 | 1,000.00 | 6/16/2009 | $ 100,000 |
| BECKER | EDWARD | | | 847 Meadow Creek Ct | Walnut Creek | CA | 94596 | 1,000.00 | 9/23/2009 | $ 100,000 |
| CALL | MICHAEL | | | 9461 Banning Ave | Huntington Beach | CA | 92646 | 1,000.00 | | $ 100,000 |
| FOTI | PETE | FOTI | DEBRA | 2970 Oro Grande Blvd | Lake Havasu | AZ | 86406 | 1,000.00 | 7/20/2009 | $ 100,000 |
| FOTI | FRANK | | | 3360 Candlewood Dr. | Lake Havasu | AZ | 86406 | 1,000.00 | 7/23/2009 | $ 100,000 |
| GRUBER | MARK | | | 1716 W. School St. | Chicago | IL | 60657 | 1,000.00 | 11/5/2009 | $ 100,000 |
| HAMPTON | STEVEN | | | 1141 Lincoln St | Glenview | IL | 60025 | 1,000.00 | 9/23/2009 | $ 100,000 |
| JOHNSON | GEORGE | | | 180 E. Pearson St Ste 6407 | Chicago | IL | 60611 | 1,000.00 | 9/10/2009 | $ 100,000 |
| KLIPSCH | MARK | | | 2364 Essington Rd Suite 118 | Joliet | IL | 60435 | 1,000.00 | 10/14/2009 | $ 100,000 |
| MACLEOD | ANDREW | | | 234 Dennis Ln | Glencoe | IL | 60022 | 1,000.00 | 7/30/2009 | $ 100,000 |
| MAGA | ALMA | | | 7710 E Pasadena Ave | Scottsdale | AZ | 85250 | 1,000.00 | 6/4/2009 | $ 100,000 |
| MANNING | TIM | MANNING | DIANNE | PO BOX 4445 | Cave Creek | AZ | 85327 | 1,000.00 | 9/23/2009 | $ 100,000 |
| MANSUR | AUSTIN | | | 875 N. Michigan Suite 3620 | Chicago | IL | 60611 | 1,000.00 | 10/14/2009 | $ 100,000 |
| MEHTA | PRADIP | | | 3919 W. Fitch Ave | Lincolnwood | IL | 60712 | 1,000.00 | 7/20/2009 | $ 100,000 |
| MIILLER | ALDERD | MIILLER | ANNA | 801 W Linger Lane | Phoenix | AZ | 85021 | 1,000.00 | 6/4/2009 | $ 100,000 |
| PAGELS | RAYMOND | | | 402 W. Ladd | Arlington Heights | IL | 60004 | 1,000.00 | 8/20/2009 | $ 100,000 |
| STOUT | DAVID | | | 600 Perkins Dr | Mukwonago | WI | 53149 | 1,000.00 | 10/14/2009 | $ 100,000 |
| SURBER | LYNN | SURBER | TIM | 6541 Regional St. | Dublin | CA | 94568 | 1,000.00 | 10/14/2009 | $ 100,000 |
| WALTON | MICHAEL | | | 40088 N Old Stage Rd. | Cave Creek | AZ | 85331 | 1,000.00 | 8/27/2010 | $ 100,000 |
| WONG | BRIAN | | | 39 Clear Creek | Irvine | CA | 92620 | 1,000.00 | 8/6/2009 | $ 100,000 |
| GAWNE | MARIE | | | 5917 N Newark | Chicago | IL | 60631 | 995.00 | 6/4/2009 | $ 99,500 |
| GAWNE | RAYMOND | | | 5917 N Newark | Chicago | IL | 60631 | 900.00 | 10/22/2009 | $ 90,000 |
| JANSEN | ROBERT | | | 932 Indian Rd | Glenview | IL | 60025 | 900.00 | 7/20/2009 | $ 90,000 |
| PATEL | HAREN | PATEL | KALINDI | 506 W. Golf Rd. | Mount Prospect | IL | 60056 | 900.00 | 6/16/2009 | $ 90,000 |
| MIKRUT | JAN | | | 8510 Major Ave. | Morton Grove | IL | 60053 | 860.00 | 7/20/2009 | $ 86,000 |
| LING | MAURICE | LING | LEANN | 3791 Fern | Irvine | CA | 92606 | 800.00 | 7/30/2009 | $ 80,000 |
| ROTTER | JOEL | | | 23232 Fairview | Deer Park | IL | 60010 | 750.00 | 7/23/2009 | $ 75,000 |
| KINZINGER | PAMELA | | | 38 Lawndale St | Belmont | MA | 02478 | 727.00 | 8/28/2009 | $ 72,700 |
| AVELLINI | ROBERT | | | 1085 Flamingo Dr | Roselle | IL | 60172 | 700.00 | 7/23/2009 | $ 70,000 |
| BAKER | JANET | | | 52 HeadQuaters Road | Litchfield | CT | 06759 | 600.00 | 8/28/2009 | $ 60,000 |
| BRANYAN | NORMAN | | | 19631 Dearborne Cir | Huntington Beach | CA | 92648 | 600.00 | 7/23/2009 | $ 60,000 |
| LAU | YUK | | | 3/F, Jean House, 318 Sai Yeung Choi Street North, Monkok, Kowloon, Hong Kong | | | | 600.00 | 8/20/2009 | $ 60,000 |
| REEVE | JANET | | | 1433 Barry Ave # 303 | Los Angeles | CA | 90025 | 549.11 | 5/22/2009 | $ 54,911 |
| MEINZER | MARILYNN | | | 328 Long Ache Lane | Palative | IL | 60067 | 535.00 | 7/20/2009 | $ 53,500 |
| FRODERMAN | VICKY | | | 20288 Wallingford LN | Deer Park | IL | 60010 | 509.00 | 7/20/2009 | $ 50,900 |
| AHRENS | RONALD | | | 618 18th St | Huntington Beach | CA | 92648 | 500.00 | 8/6/2009 | $ 50,000 |
| ANDERSON | PAUL | | | 720 Turtle Crest Dr. | Irvine | CA | 92603 | 500.00 | 8/20/2009 | $ 50,000 |
| BRANYAN | NORMAN | | | 19631 Dearborne Cir | Huntington Beach | CA | 92648 | 500.00 | 8/6/2009 | $ 50,000 |
| CANTLER | DON | | | 1800 Co. Rd #307 | Jarrel | TX | 76537 | 500.00 | 8/27/2010 | $ 50,000 |
| CHEN | ANTHONY | CHEN | THANCHAN | 3335 Brittan Ave #2 | San Carlos | CA | 94070 | 500.00 | 6/4/2009 | $ 50,000 |
| CHRISTENSEN | CONNIE | | | PO Box 577 | San Juan Capostrano | CA | 92693 | 500.00 | 6/4/2009 | $ 50,000 |
| DELGADO | CARLOS | | | 11704 Sierra Sky Dr | Whittier | CA | 90601 | 500.00 | 10/14/2009 | $ 50,000 |
| FALOONA | RON | FALOONA | ALINE | 324 Bel Air | Glenview | IL | 60025 | 500.00 | 6/4/2009 | $ 50,000 |
| FELLARS | ROY | | | 15 College Dr | Arlington Heights | IL | 60004 | 500.00 | 10/14/2009 | $ 50,000 |
| FISHER | JOY | | | 15595 Rim of the Valley Dr | Valley Center | CA | 92082 | 500.00 | 6/16/2009 | $ 50,000 |
| FISHER | JOY | | | 15595 Rim of the Valley Dr | Valley Center | CA | 92082 | 500.00 | 8/27/2010 | $ 50,000 |
| GEHRLING | KEN | GEHRLING | MARY | 7401 N. Odell Ave | Chicago | IL | 60631 | 500.00 | 8/28/2009 | $ 50,000 |
| GROM | GARY | | | 21676 N Timber Ridge Ct. | Kildeer | IL | 60047 | 500.00 | 7/20/2009 | $ 50,000 |

| Last | First | | | Address | City | State | Zip | Amount | Date | |
|---|---|---|---|---|---|---|---|---|---|---|
| HANLIN | JOHN | | | 108 Pergola | Irvine | CA | 92612 | 500.00 | 6/16/2009 | $ 50,000 |
| HERMANN | DARRYL | | | W 229 S 7850 Big Bend Dr | Big Bend | WI | 53103 | 500.00 | 8/6/2009 | $ 50,000 |
| HOHS | DONALD | HOHS | JOAN | 9242 Mamora Ave | Morton Grove | IL | 60053 | 500.00 | 6/4/2009 | $ 50,000 |
| HYNEMAN | KATHLEEN | | | 298 N. Cote Circle | Exton | PA | 19341 | 500.00 | 8/20/2009 | $ 50,000 |
| INIGUEZ | ALFONSO | | | 732 E. Lehi Road | Mesa | AZ | 85203 | 500.00 | 8/6/2009 | $ 50,000 |
| KAMINSKY | LAWRENCE | KAMINSKY | VICTORIA | 2350 Chestnut St. #202 | Glenview | IL | 60026 | 500.00 | 10/14/2009 | $ 50,000 |
| KREVER | MICHAEL | | | PO Box 3662 | Orange | CA | 92857 | 500.00 | 10/14/2009 | $ 50,000 |
| KUTSCH | MARK | KUTSCH | CHERYL | 1524 Pfingsten Rd | Glenview | IL | 60025 | 500.00 | 6/16/2009 | $ 50,000 |
| KUTSCH | MARK | | | 1524 Pfingsten Rd | Glenview | IL | 60025 | 500.00 | 9/10/2009 | $ 50,000 |
| KWAN | LINDA | | | 27726 Agate Canyon Dr | Laguna Niguel | CA | 92677 | 500.00 | 8/6/2009 | $ 50,000 |
| LEWIS | STEVEN | | | 1015 Waddington | Bloomfield Hills | MI | 48301 | 500.00 | 8/11/2009 | $ 50,000 |
| LOSH | JAMES | | | 73 Stephanie | Glen Ellyn | IL | 90137 | 500.00 | 7/23/2009 | $ 50,000 |
| MACKINNON | BONNIE | MACKINNON | DON | 1546 Elm St | San Carlos | CA | 94070 | 500.00 | 6/4/2009 | $ 50,000 |
| MACLEOD | ANDREW | MACLEOD | DONNA | 234 Dennis Ln | Glencoe | IL | 60022 | 500.00 | 7/20/2009 | $ 50,000 |
| MERK | RICHARD | MERK | NANCY | 423 Avenida Granada #18 | San Clemente | CA | 92672 | 500.00 | 8/11/2009 | $ 50,000 |
| MILLER | BRIAN | | | 8108 N 178th Ave | Waddell | AZ | 85355 | 500.00 | 8/28/2009 | $ 50,000 |
| MILLER | IVAN | | | 3901 W Dailey St | Phoenix | AZ | 85053 | 500.00 | 8/6/2009 | $ 50,000 |
| MITCHELL | RICHARD | MITCHELL | LORI | 1048 Arbor Lane | Glenview | IL | 60025 | 500.00 | 10/14/2009 | $ 50,000 |
| MOON | MARY | | | 8389 La Riviera Dr | Sacramento | CA | 95826 | 500.00 | 10/22/2009 | $ 50,000 |
| MUDD | WARREN | | | 2 Passage Ln | Redwood City | CA | 94065 | 500.00 | 7/23/2009 | $ 50,000 |
| NITTI | PATRICIA | NITTI | MICHAEL | 18926 La Guardia St | Rowland Heights | CA | 91748 | 500.00 | 8/28/2009 | $ 50,000 |
| PERRY | CHRISTOPHER | | | 2506 Blossom Lane, #B | Redondo Beach | CA | 90278 | 500.00 | 7/20/2009 | $ 50,000 |
| PINKSTON | SIDNEY | | | 500 N. Akard Ste 2970 | Dallas | TX | 75201 | 500.00 | 7/20/2009 | $ 50,000 |
| PINKSTON | SIDNEY | | | 500 N. Akard Ste 2970 | Dallas | TX | 75201 | 500.00 | 10/14/2009 | $ 50,000 |
| POULS | STEVEN | | | 437 Birmingham Lane | Schaumburg | IL | 60193 | 500.00 | 6/4/2009 | $ 50,000 |
| RAUCH | MINDY | | | 1163 El Abra Way | San Jose | CA | 95125 | 500.00 | 6/4/2009 | $ 50,000 |
| ROTSCHILD | ARIELA | | | 23942 Broadhorn Dr | Laguna Niguel | CA | 92677 | 500.00 | 7/20/2009 | $ 50,000 |
| SAGGIANI | JOHN | | | 19645 Dearborne Cir | Huntington Beach | CA | 92648 | 500.00 | 10/14/2009 | $ 50,000 |
| SCHUMAN | JOHN | SCHUMAN | MIRIAM | 2203 Catherine St | Northbrook | IL | 60062 | 500.00 | 6/4/2009 | $ 50,000 |
| SIRIANNI | RALPH | | | 1503 Sequoia Trail | Glenview | IL | 60025 | 500.00 | 7/23/2009 | $ 50,000 |
| SORGANI | THOMAS | SORGANI | SANDRA | 12 Whitehall Ct | Buffalo Grove | IL | 60089 | 500.00 | 10/14/2009 | $ 50,000 |
| STAGER | JAMES | | | 370 Lakeside Dr | Roselle | IL | 60172 | 500.00 | 10/14/2009 | $ 50,000 |
| STAPLE | TOM | STAPLE | SHIRLEY | 123 Via Orvieto | Newport Beach | CA | 92663 | 500.00 | 8/28/2009 | $ 50,000 |
| STEPHENS | GARY | | | 39 W. 771 Deer Run Dr | St. Charles | IL | 60175 | 500.00 | 9/10/2009 | $ 50,000 |
| SUZUKI | PATRICIA | | | 217 Palos Verdes Blvd #138 | Redondo Beach | CA | 90277 | 500.00 | 8/6/2009 | $ 50,000 |
| TJIA | SYARIFUDIN | | | 6891 Edinboro St | Chino | CA | 91710 | 500.00 | 8/6/2009 | $ 50,000 |
| VAHOS | MICHAEL | | | 149 Guliford Road | Valparaiso | IN | 46385 | 500.00 | 6/4/2009 | $ 50,000 |
| YATES | BRUCE | | | 24871 Sausalito Street | Laguna Hills | CA | 92653 | 500.00 | 10/26/2009 | $ 50,000 |
| ZUCKERMAN | DAN | ZUCKERMAN | LIAT | 722 19th St | Santa Monica | CA | 90402 | 500.00 | 8/11/2009 | $ 50,000 |
| LEADER | JOHN | | | 456 Westminster Rd | Putney | VT | 5346 | 469.00 | | $ 46,910 |
| MORTON | PETER | | | PO Box 1433 | Carefree | AZ | 85377 | 450.00 | 7/23/2009 | $ 45,000 |
| CHAVEZ | JACK | | | 324 Bel Air | Glenview | IL | 60025 | 423.00 | 7/30/2009 | $ 42,300 |
| CASSIDY | BARBARA | | | 2312 E Sequoia Dr | Phoenix | AZ | 85024 | 420.00 | 5/22/2009 | $ 42,000 |
| MARTINSON | RANDY | | | 892 Ridgeline Cir. | Centerville | UT | 84014 | 410.00 | 10/14/2009 | $ 41,000 |
| GIRARD | SCOTT | | | 13 Windmere Lane | South Barrington | IL | 60010 | 400.00 | 1/14/2010 | $ 40,000 |
| LEE | ROBERT | | | 62 Rossmoor Dr | San Francisco | CA | 94132 | 400.00 | 10/22/2009 | $ 40,000 |
| ROTTER | PHYLLIS | | | 2011 Oak Wood Dr | Arlington Heights | IL | 60004 | 360.00 | 6/4/2009 | $ 36,000 |
| SCHARMANN | KEN | | | 362 Covington Terrace | Buffalo Grove | IL | 60089 | 350.00 | 8/28/2009 | $ 35,000 |
| REEVE | MICHAEL | | | 393 E. Dry Creek Orchard | Alpine | UT | 84004 | 344.00 | 7/20/2009 | $ 34,400 |
| COOPER | THOMAS | | | 712 Carriage Hill Rd | Glenview | IL | 60025 | 330.00 | 10/22/2009 | $ 33,000 |
| MINOR | PRESTON | | | 17 Elderberry | Aliso Viejo | CA | 92656 | 300.00 | 8/20/2009 | $ 30,000 |
| MOREY | ROBERT | | | 7099 S. Taylor Dr. | Tempe | AZ | 85283 | 300.00 | 9/10/2009 | $ 30,000 |
| COREY | MARGARET | | | 229 Woodstone Cir | Buffalo Grove | IL | 60089 | 298.00 | 8/20/2009 | $ 29,800 |
| PERRY | CHRISTOPHER | | | 2506 Blossom Lane, #B | Redondo Beach | CA | 90278 | 270.00 | 10/26/2009 | $ 27,000 |
| CHAN | MEI | | | 1061 Park Ave. #312 | Long Beach | CA | 90804 | 268.00 | 9/3/2009 | $ 26,800 |
| BRYZEK | LISA | BRYZEK | MICHAEL | 334 Oswego Court | West New York | NJ | 07093 | 250.00 | 10/14/2009 | $ 25,000 |
| CURRY | RICHARD | | | 2639 E Fox St | Mesa | AZ | 85213 | 250.00 | 8/6/2009 | $ 25,000 |
| GOW | DONALD | | | 4072 Fairway Dr | Wilmette | IL | 60091 | 250.00 | 7/20/2009 | $ 25,000 |
| GOW | LINDA | | | 4072 Fairway Dr | Wilmette | IL | 60091 | 250.00 | 7/20/2009 | $ 25,000 |
| GREEN | RAYMOND | GREEN | JUDY | 3200 La Rotonda Dr, #406 | Rancho Palos Verdes | CA | 90275 | 250.00 | 7/23/2009 | $ 25,000 |
| HARGROVE | RHONDA | | | 175 Parkway Dr | Roslyn Heights | NY | 11577 | 250.00 | 10/14/2009 | $ 25,000 |
| NG | CHRISTINA | | | 13502 Whittier Blvd. Ste.H #311 | Whittier | CA | 90605 | 250.00 | 7/20/2009 | $ 25,000 |
| SENYK | BORYS | | | 4139 Mystic Dr | San Jose | CA | 95124 | 250.00 | 10/22/2009 | $ 25,000 |
| SHELDON | JOEL | | | 6631 Moselle Cir | Yorba Linda | CA | 92886 | 250.00 | 10/14/2009 | $ 25,000 |
| SHEPARD | CAROLEE | | | 108 cherokee Circle | Chapel Hill | NC | 27514 | 250.00 | 5/22/2009 | $ 25,000 |
| TSUKAMOTO | KOZEN | | | 17551 De Ling Cir | Huntington Beach | CA | 92649 | 250.00 | 6/16/2009 | $ 25,000 |
| TSUKAMOTO | KAZUE | | | 1359 San Luis Rey Dr | Glendale | CA | 91208 | 250.00 | 10/14/2009 | $ 25,000 |
| LING | LEANN | | | 3791 Fern | Irvine | CA | 92606 | 234.00 | 12/23/2009 | $ 23,400 |
| KREVER | JEAN | | | PO Box 3662 | Orange | CA | 92857 | 200.00 | 10/26/2009 | $ 20,000 |
| KREVER | MICHAEL | | | PO Box 3662 | Orange | CA | 92857 | 200.00 | 10/26/2009 | $ 20,000 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| KREVER | JEAN | PO Box 3662 | Orange | CA | 92857 | 200.00 | 12/17/2009 | $ | 20,000 |
| KREVER | MICHAEL | PO Box 3662 | Orange | CA | 92857 | 200.00 | 12/17/2009 | $ | 20,000 |
| REEVE | DANIEL | 5097 N Eagles View Dr | Lehi | UT | 84043 | 200.00 | 5/22/2009 | $ | 20,000 |
| SAGGIANI | JOHN | 19645 Dearborne Cir | Huntington Beach | CA | 92648 | 200.00 | 11/5/2009 | $ | 20,000 |
| SCHARMANN | KEN | 361 Covington Terrace | Buffalo Grove | IL | 60089 | 150.00 | 8/28/2009 | $ | 15,000 |
| LING | MAURICE | 3791 Fern | Irvine | CA | 92606 | 140.00 | 12/11/2009 | $ | 14,000 |
| ROTTER | PHYLLIS | 2011 Oak Wood Dr | Arlington Heights | IL | 60004 | 140.00 | 8/28/2009 | $ | 14,000 |
| DOMINEY | DANIEL | 630 W 2nd Pl. | Mesa | AZ | 85201 | 100.00 | 10/14/2009 | $ | 10,000 |
| TSUKAMOTO | NAMIYE | 15555 Huntington Village Lane #2€ | Huntington Beach | CA | 92647 | 100.00 | 10/14/2009 | $ | 10,000 |
| MARTINSON | RANDY | 892 Ridgeline Cir. | Centerville | UT | 84014 | 90.00 | 10/14/2009 | $ | 9,000 |
| KINZINGER | PAMELA | 38 Lawndale St | Belmont | MA | 02478 | 78.00 | 8/28/2009 | $ | 7,800 |

The Debtor is authorized to issue a total of 600,000 Membership Units consisting of two classes and multiple sub-series within each class, including 400,000 Common Units and 200,000 Preferred Units.

## PREFERRED A UNITS

The Preferred A Units have preferred dividend rights equal to 15% per year on a cumulative basis. The Preferred A Units have liquidation preferences over common units and other series of preferred units. In the event of any liquidation, dissolution or wind up, the Preferred A Units have asset distribution preference over common units and subsequent series of preferred units. The Preferred A Units are redeemable in management's sole discretion at the rate of $100 per unit, plus any accrued preferred dividends.
Preferred Units have no voting rights.

## COMMON UNITS

Common Unit are entitled to receive profit and liquidation rights after payment of all accrued Preferred Unit dividends and after Preferred Unit redemption. Common Units have one vote per Unit.

Utah State Tax Commission
Attn Legal Processes Unit
210 North 1950 West
Salt Lake City, UT 84134

District Counsel
Internal Revenue Service
150 Social Hall Ave. #313A
Salt Lake City, UT 84111

District Director, IRS
Attn: Insolvancy Unit-7
50 South 200 East, Mail Stop 5021
Salt Lake City, UT 84111

Stephen W. Lewis
Assistant Attorney General
160 East 300 South Mail Stop 140874
Salt Lake City, UT 84114-0874

ANB Venture
c/o Adelaide Maudsley, Esq.
201 S Main #2000
Salt Lake City, UT 84111

Arch Secured Development Fund, LLC
8 East Broadway, Suite 510
Salt Lake City, UT 84111

Broadway Copy
2401 S Broadway
Santa Ana, CA 92707

CAOP Managers, LLC
8 East Broadway #510
Salt Lake City, UT 84111

Castle Arch Kingman, LLC
8 East Broadway, Suite 510
Salt Lake City, UT 84111

Castle Arch Lease to Own Income Fund LLC
8 East Broadway, Suite 510
Salt Lake City, UT 84111

Castle Arch Opportunity Partners I, LLC
8 East Broadway, Suite 510
Salt Lake City, UT 84111

Castle Arch Opportunity Partners II, LLC
8 East Broadway, Suite 510
Salt Lake City, UT 84111

Castle Arch Opportunity Partners III LLC
8 East Broadway, Suite 510
Salt Lake City, UT 84111

Castle Arch Real Estate Investment Co
8 East Broadway #510
Salt Lake City, UT 84111

Incsmart. Biz, Inc.
4421 Edward Ave
Las Vegas, NV 89108

Kingston Management Services, LLC
477 Shoup Ave STE 207
Idaho Falls, ID 83402

Longview Financial Group, Inc.
Schrader & Schoenberg, LLP
711 Third Avenue #1803
New York, NY 10017

Longview Financial Holding Inc.
c/o CSC Registered Agent
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Tooele County Treasurer
47 South Main
Tooele, UT 84074