# POST CONFIRMATION FINANCIAL QUARTERLY REPORT
## FOR QUARTER ENDED: December 31, 2014 (1)

**DEBTOR:** Castle Arch Oppportunity Partners I, LLC

CH. 11 CASE NO: 11-35240

### SUMMARY OF DISBURSEMENTS MADE DURING QUARTER: (2)

| | |
|---|---:|
| 1. CASH BALANCE, BEGINNING OF QUARTER | $ 388,153 |
| 2. CASH RECEIPTS DURING QUARTER FROM ALL SOURCES | - |
| 3. CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS | 6,144 |
| 4. CASH BALANCE, END OF QUARTER | $ 382,008 |

### SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:

| | Paid During Quarter | Total Plan Payments | Total Payments Projected Under Plan | |
|---|---:|---:|---:|---|
| **1. PRE-EFFECTIVE DATE ADMINISTRATIVE EXPENSES** | | | | |
| Trustee Compensation | $ - | $ - | - | |
| Accountant Fees | - | - | - | |
| Attorney Fees | - | 84,681 | 84,581 | |
| Other Professionals | - | - | - | |
| Other Administrative Expenses | - | 577 | 577 | |
| | - | - | - | |
| | - | - | - | |
| TOTAL PRE-EFFECTIVE DATE ADMINISTRATIVE EXPENSES | $ - | $ 85,158 | $ 85,158 | |
| **POST EFFECTIVE DATE ADMINISTRATIVE EXPENSES** | | | | |
| Trustee Compensation | $ - | $ 22,674 | N/A | |
| Accountant Fees | - | 50,301 | N/A | |
| Attorney Fees | - | 61,127 | N/A | |
| Other Professionals | 3,270 | 15,716 | N/A | |
| Other Administrative Expenses | 2,875 | 17,075 | N/A | |
| | - | - | N/A | |
| | - | - | N/A | |
| TOTAL POST EFFECTIVE DATE ADMINISTRATIVE EXPENSES | $ 6,144 | $ 166,893 | $ - | |
| 2. SECURED CREDITORS | $ - | $ - | N/A | |
| 3. PRIORITY CREDITORS | $ - | $ - | NONE | |
| 4. UNSECURED CREDITORS | $ - | $ 60,342 | $ 60,342 | |
| 5. EQUITY SECURITY HOLDERS | $ - | $ - | N/A | (3) |
| 6. OTHER: | $ - | $ 73,704 | N/A | (4) |
| **TOTAL PLAN PAYMENTS** | $ 6,144 | $ 386,096 | N/A | |

| | Amount | Date | Check No. |
|---|---:|---|---|
| **QUARTERLY FEE PAID:** | $ 975 | 10/24/14 | 300022 |

### PLAN STATUS:

| | Yes | No |
|---|:---:|:---:|
| 1. Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.) | X | |
| 2. Are all post-confirmation obligations current? (If no, attach explanation.) | X | |

3. Projected date of application for final decree:   Unknown

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

EXECUTED ON: 02/03/2015

By: *[signature]*

D. Ray Strong
Estate Representative and Liquidating
Trustee of the CAOP I Trust

## POST CONFIRMATION FINANCIAL QUARTERLY REPORT

### FOR QUARTER ENDED: December 31, 2014

**DEBTOR:  Castle Arch Oppportunity Partners I, LLC**

CH. 11 CASE NO:  11-35240

**NOTES**

(1) The Debtors filed its Chapter 11 Financial Report for the month of July 2013.  On July 22, 2013 the Confirmed Plan became effective.  This report includes activity from July 1, 2014 to September 30, 2014.

(2) An Audit of the financial statements in accordance with Generally Accepted Auditing Standards ("GAAS") has not been performed, nor has a review or a compilation of the financial statements been performed in accordance with the standards promulgated by the American Institute of Certified Public Accountants.

(3) Assets of the CAOP I Trust are still in the process of being analyzed and liquidated.  At this time a reasonable estimate of distribution amounts cannot be made.  Further updates will be made on future reports as more information is determined.

(4) Payment of outstanding management fees per settlement, Order entered October 23, 2013.

# Schedule of Assets & Liabilities

POST CONFIRMATION FINANCIAL QUARTERLY REPORT

FOR QUARTER ENDED: December 31, 2014

**DEBTOR: Castle Arch Opportunity Partners I, LLC**

CH. 11 CASE NO: 11-35240

**SUMMARY OF ASSETS & LIABILITIES:** (1)

|  | Current Quarter | |
|---|---:|---|
| **1. ASSETS** | | |
| Cash | $ 382,008 | |
| Post Petition Intercompany Receivables | - | (2) |
| Legacy Trust General Unsecured Claim | 5,327,853 | (2) |
| Legacy Trust New Value Claim | 77,182 | (2) |
| Tooele, UT Property | - | (2) |
| Blackcastle, LLC | 598,913 | (3) |
| Conix Assets | 64,085 | (4) |
| Litigation Recoveries | - | (8) |
| Retainer | 463 | (9) |
| **TOTAL ASSETS** | $ 6,450,504 | |
| | | |
| **2. LIABILITIES** | | |
| Pre Petition Claims | | |
| Allowed and Pending Secured Claims | $ 155,673 | (2) |
| Allowed Priority Claims | 1,800 | (7) |
| Intercompany Notes | - | (5) |
| Post Petition Claims | | |
| Post Petition Intercompany Payable | - | (5) |
| Post Petition Legal & Professional Fees | 155,042 | (6) |
| Post Petitions Intercompany Notes | - | (5) |
| **TOTAL LIABILITIES** | $ 312,515 | |

**NOTES**

(1) An Audit of the financial statements in accordance with Generally Accepted Auditing Standards ("GAAS") has not been performed, nor has a review or a compilation of the financial statements been performed in accordance with the standards promulgated by the American Institute of Certified Public Accountants.

(2) On December 4, 2014, an order approving the settlement agreement between the Legacy Trust and CAOP I Trust related to prepetition intercompany claims was filed. The settlement called for Legacy Trust to retain title to the Tooele water rights and the transfer of title of the Tooele property from CAOP I to the Legacy Trust. As a result, the value of the asset has been removed from the CAOP I report and recorded on the Legacy Trust report. Additionally, CAOP I was given an Allowed Unsecured Claim in the amount of $5,327,853, as well as a $77,182 New Value Claim, which is to be paid from the net sale proceeds of the Tooele property, in the Legacy Trust.

(3) The Trustee has filed litigation against Blackcastle, LLC to liquidate and recover the investment. The amount reported on this schedule represents the historical cost basis of the investment.

(4) CAOP I received distributions historically related to the Conix assets. The amounts reported on this schedule are consistent with cost basis adjusted for the historical distributions and payments received.

(5) Intercompany transactions between Legacy and CAOP II have been resolved. The CAOP II claims were resolved and approved in the 3rd Quarter 2014. The Legacy claims were resolved and approved in the 4th Quarter 2014. (See Note 2)

(6) Accrued Legal & Professional Fees Detail

Pre-Effective Date

|  | Beginning Balance | Paid in Current Quarter | Accrued in Current Quarter | Ending Balance |
|---|---:|---:|---:|---:|
| Accrued Trustee Fees | $ - | $ - | $ - | $ - |
| Accrued Accountant Fees | $ - | $ - | $ - | $ - |
| Accrued Attorney Fees | $ - | $ - | $ - | $ - |
| Pre- Effective Date Total | $ - | $ - | $ - | $ - |

Post-Effective Date

|  | Beginning Balance | Paid in Current Quarter | Accrued in Current Quarter | Ending Balance |
|---|---:|---:|---:|---:|
| Accrued Trustee Fees | $ 17,595 | $ - | $ 6,489 | $ 24,083 |
| Accrued Accountant Fees | $ 40,957 | $ - | $ 1,980 | $ 42,937 |
| Accrued Attorney Fees | $ 55,884 | $ - | $ 32,137 | $ 88,021 |
| Post-Effective Date Total | $ 114,435 | $ - | $ 40,606 | $ 155,042 |
| **Total Legal and Professional Fees** | $ 114,435 | $ - | $ 40,606 | $ 155,042 |

(7) Additional priority tax claims of $1,800 have been allowed for the California Franchise Tax Board

(8) The CAOP I Trust is pursuing various litigation recoveries. At this time no value can be estimated or reported as litigation pursuits are ongoing.

(9) The retainer was paid to Craig Peter Cherney, Esq. for legal services to be provided in analysis of real estate assets.

# Cash Accounts

## POST CONFIRMATION FINANCIAL QUARTERLY REPORT

### FOR QUARTER ENDED: December 31, 2014

SUMMARY OF CASH BALANCES, CASH RECEIPTS AND DISBURSEMENTS:

| Account Name | G/L Acct | | | Balance as of 10/01/14 | Receipts | Disbursements | Transfers | Balance as of 12/31/14 |
|---|---|---|---|---|---|---|---|---|
| *Active Accounts:* | | | | | | | | |
| Union Bank | 10006 | UB | 2055 | $ 9,382.97 | $ - | $ (3,701.06) | $ (5,681.91) | $ - |
| Wells Fargo | 10007 | WF | 8471 | 378,769.73 | - | (68.72) | (378,701.01) | - |
| Rabobank | 10008 | RB | 2466 | - | - | (2,374.59) | 384,382.92 | 382,008.33 |
| NET RECEIPTS AND DISBURSEMENTS | | | | $ 388,152.70 | $ - | $ (6,144.37) | $ - | $ 382,008.33 |

# Cash Receipts & Disbursements Detail

**DEBTOR:** Castle Arch Oppportunity Partners I, LLC  **CH. 11 CASE NO:** 11-35240

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 10/1/14 to 12/31/14

**CASH RECEIPTS DETAIL**  **Account No:** Union Bank-***2055

| Date | Payer | Description | Amount |
|---|---|---|---|
|  |  |  |  |
|  |  | **Total Cash Receipts** | $ - |

**CASH DISBURSEMENTS DETAIL**  **Account No:** Union Bank-***2055

| Date | Payee | Description | Amount |
|---|---|---|---|
| 10/24/14 | U.S. Trustee | 3Q Fees | 975.00 |
| 10/27/14 | Union Bank | Bank Fees | 414.81 |
| 11/12/14 | Weston L. Harris | Conflict Referee | 2,311.25 |
|  |  | **Total Cash Disbursements** | $ 3,701.06 |

DEBTOR: Castle Arch Oppportunity Partners I, LLC  CH. 11 CASE NO: 11-35240

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 10/1/14 to 12/31/14

**CASH RECEIPTS DETAIL**  Account No: Wells Fargo-***8471

| Date | Payer | Description | Amount |
|---|---|---|---|
| | | Total Cash Receipts | $ - |

**CASH DISBURSEMENTS DETAIL**  Account No: Wells Fargo-***8471

| Date | Payee | Description | Amount |
|---|---|---|---|
| 10/14/14 | Wells Fargo | Bank Fees | 56.48 |
| 12/11/14 | Wells Fargo | Bank Fees | 12.24 |
| | | Total Cash Disbursements | $ 68.72 |

**DEBTOR:** Castle Arch Oppportunity Partners I, LLC  **CH. 11 CASE NO:** 11-35240

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 10/1/14 to 12/31/14

**CASH RECEIPTS DETAIL**  **Account No:** Rabobank-***2466

| Date | Payer | Description | Amount |
|---|---|---|---|
| | | Total Cash Receipts | $ - |

**CASH DISBURSEMENTS DETAIL**  **Account No:** Rabobank-***2466

| Date | Payee | Description | Amount |
|---|---|---|---|
| 12/02/14 | Strong Connexions | Website Maintenance | 216.67 |
| 12/02/14 | U.S. Bankruptcy Court | Adversary Proceeding Filing Fees | 1,416.17 |
| 12/18/14 | Weston L. Harris | Conflict Referee | 741.75 |
| | | **Total Cash Disbursements** | $ 2,374.59 |

# Narrative

**CASTLE ARCH OPPORTUNITY PARTNERS I, LLC**
**(CASE NO: 11-35240)**

## POST CONFIRMATION QUARTERLY REPORT
## 4th QUARTER - 2014

### NARRATIVE

**A. Background**

On October 17, 2011, Castle Arch Real Estate Investment Company ("CAREIC") filed a Chapter 11 bankruptcy case in the United States Bankruptcy Court for the District of Utah (the "Bankruptcy Court"). On October 20, 2011, six entities affiliated with CAREIC filed Chapter 11 bankruptcy cases in the Bankruptcy Court, including: CAOP Mangers, LLC ("CAOP Managers"), Castle Arch Kingman, LLC ("CAK"), Castle Arch Secured Development Fund, LLC ("CASDF"), Castle Arch Smyrna, LLC ("CAS"), Castle Arch Opportunity Partners I, LLC ("CAOP I") and Castle Arch Opportunity Partners II ("CAOP II") (collectively, the "CAREIC Affiliates"). The respective Chapter 11-cases were jointly administered under Case No. 11-35082.

From the respective petition dates through April 30, 2012, CAREIC and the CAREIC Affiliates were operated as debtors-in-possession in the jointly administered Chapter 11 cases. On April 30, 2012, the Bankruptcy Court ordered the appointment of a Chapter 11 trustee for CAREIC, and on May 3, 2012, the Bankruptcy Court entered an Order appointing D. Ray Strong as the Chapter 11 trustee for CAREIC (the "Trustee"). As a result of his appointment, the Trustee also became the manager of the respective Castle Arch affiliates.

Pursuant to an Order of the Bankruptcy Court, the CAREIC Affiliates of CAOP Managers, CAK, CASDF and CAS, as well as a non-debtor entity, Castle Arch Star Valley, LLC, were held to be CAREIC's alter egos and substantively consolidated with CARIEC as of CAREIC's petition date. CAREIC and these consolidated entities are referred to in the bankruptcy case as the "Consolidated Legacy Debtors."

The Bankruptcy Court entered an Order on June 7, 2013 confirming the Trustee's First Amended Plan of Liquidation Dated February 25, 2013, as modified (the "Confirmation Order") for the Consolidated Legacy Debtors, CAOP I and CAOP II (the "Plan"). As part of the confirmation of the Plan, the Bankruptcy Court approved the Liquidation Trust Agreements for each of the Trusts (collectively, the "Liquidation Trust Agreements"), appointed the Trustee for each of the Trusts, and appointed Weston L. Harris as the Conflicts Referee under each of the Liquidating Trust Agreements (the "Conflicts Referee") to address various intercompany claims issues between the Trusts. The Effective Date of the Plan and each of the Liquidating Trust Agreements was July 22, 2013.

**B. Activities During Reporting Period**

The description of the Trustee's, and his professional's, activities that occurred from October 1, 2014 through December 31, 2014 (the "Reporting Period") are included below under the Combined Trust Activities and Specific Trust Activities sections. Many of these activities involved some or all of the Trusts. As result, these activities are described under Combined Trust Activities section. If the activity was specific to a particular Trust, that activity has been described in the Specific Trust Activities section.

1

**CASTLE ARCH OPPORTUNITY PARTNERS I, LLC**
**(CASE NO: 11-35240)**

**POST CONFIRMATION QUARTERLY REPORT**
**4th QUARTER - 2014**

**NARRATIVE**

**Combined Trust Activities**

During the Reporting Period, the Trustee and his professionals have addressed the following issues:

1. Continued with the on-going claims analysis and settled and resolved claims when possible.

2. Responded to defendants and addressed various issues relating to avoidance actions filed. Trustee and counsel have met with several defendants and have been able to resolve certain cases.

3. Continued to review and analyze claims against insiders and other former management. The Trustee and his professionals have been gathering internal documents, interviewing persons involved and investors, and drafting a complaint. The Trustee entered into tolling agreements with the potential defendants in October 2013 to extend the statutory deadline to April 2014, which was later extended to October 2014, in an effort to pursue settlement without prolonged and costly litigation. The parties agreed to pursue mediation in an attempt to resolve the matters with some or all of the defendants. The parties filed mediation briefs and participated in the mediation process that began in February 2014. After the mediation, the Trustee continued to work with various parties to settle claims. No settlements other than the William Warwick settlement were reached. As result, the Trustee filed Complaints against Kirby Cochran, Douglas Childs, Jeff Austin, William Davidson, William Grundy, and Keith Green on October 30, 2014. A tolling agreement was executed between the Trustee and Robert Geringer extending through February 2015. A mediation was held with Robert Geringer in January 2015 and the parties continue to explore settlement.

4. Negotiated a settlement with William Warwick, and former director of Castle Arch, for $400,000. The settlement includes (a) $200,000 cash payment from personal funds of Mr. Warwick, (b) payment of the remaining $200,000 will be sought from the Axis Insurance Policy, and (c) an assignment of all rights Mr. Warwick has under the Axis Insurance Policy, including any right to pursue a bad faith claim. The Trustee filed an initial motion for approval in the Bankruptcy Court and former management opposed the motion and moved to have the action removed to the District Court. In an effort to minimize fees and costs, the Trustee stipulated to the removal to the District Court. The settlement has been briefed by both parties and is currently pending with the District Court.

2

**CASTLE ARCH OPPORTUNITY PARTNERS I, LLC
(CASE NO: 11-35240)**

**POST CONFIRMATION QUARTERLY REPORT
4th QUARTER - 2014**

**NARRATIVE**

5. In 2012, Axis Surplus Insurance Company ("Axis") issued a $1 million insurance policy providing coverage to the directors, officers, and employees of CAREIC. After the failed mediation process with the insiders and former managers, Axis filed a Complaint for Interpleader with the US District Court and interplead the remaining amount of the insurance policy proceeds, less professional fees paid on behalf of the insured, totaling $589,661.61. The Trustee filed a motion to intervene in the case a result of the settlement reached with William Warwick. The Parties have filed various pleadings and oppositions in the case.

6. Prepared the 3rd Quarter 2014 Post-Confirmation Financial Reports for all Trusts.

7. Reviewed, analyzed, and prepared for tax requirements for establishing the Trusts.

8. Prepared income tax returns and tax filings to complete the IRS tax requirements for the establishment of the Trusts.

9. Responded to various investor and creditor inquiries.

**Specific Trust Activities**

During the Reporting Period, the Trustee and his professionals have addressed the following issues:

**Legacy Trust**

1. Continued to aggressively market and investigate the various real estate holdings held by the Legacy Trust. Some price adjustments have been made to the properties in an effort to increase interest from potential buyers. The Trustee is currently finalizing a transactions for certain parcels of Kingman property and certain water shares relating to the Tooele property. The Trustee expected

2. The Trustee successfully negotiated a sale of the Smyrna property with Walton Tennessee, LLC; however, the buyer rescinded its offer prior to the expiration of the due diligence period. The Trustee finalized an asset purchase agreement on November 3, 2014 with a new buyer, DSSIII Holdings Co, LLC for $1,500,000. The Bankruptcy Court approved the sale December 15, 2015. The buyer is currently conducting its due diligence.

3. The Trustee issued, and the Court granted, 2004 document productions from various parties.

4. Analyzed and evaluated insurance related issues.

3

**CASTLE ARCH OPPORTUNITY PARTNERS I, LLC**
**(CASE NO: 11-35240)**

POST CONFIRMATION QUARTERLY REPORT
4th QUARTER - 2014

NARRATIVE

**Legacy Trust (Continued)**

5. The Legacy Trust and CAOPII Trust have settled all remaining disputed prepetition intercompany claims pursuant to the Conflict Referee procedures outlined in the approved Plan and Liquidation Trust Agreements. A settlement agreement was executed between the parties and a motion was submitted to the Bankruptcy Court for approval on July 11, 2014. The settlement terms included: (a) Legacy Trust shall have an allowed general unsecured claim against the CAOP II Trust in the total amount of $42,661, and (b) the parties have provided each other mutual releases. The Bankruptcy Court approved the settlement on August 1, 2014.

6. The Trustee and his professionals analyzed the CAOPI intercompany claims including cash transferred to the Legacy Debtors, Tooele property transferred to the Legacy Debtors, and the various complex and commingled intercompany transactions. The Legacy Trust and CAOPI Trust have settled all remaining disputed prepetition intercompany claims (except mismanagement claims) pursuant to the Conflict Referee procedures outlined in the approved Plan and Liquidation Trust Agreements. A settlement agreement was executed between the parties and a motion was submitted to the Bankruptcy Court for approval on November 12, 2014. The settlement terms included: (a) return of the Tooele Land to the Legacy Trust; (b) Legacy Trust to retain title to the Tooele Water; (c) CAOP I Trust shall have an allowed general unsecured claim against the Legacy Trust in the total amount of $5,327,853, and (d) the CAOP I Trust shall have a right to payment in the amount of $77,182 from the net sale proceeds of the Tooele Land resulting from a new value preference defense.

**CAOP I Trust**

1. Reviewed and analyzed accounting and investment activity and related financial reporting for the Black Castle investment. The Trustee and his professionals have requested additional documentation and information to analyze, resolve and liquidate the investment. The principals of Black Castle have not sufficiently responded to these document requests, which resulted in the Trustee serving a Subpoena Duces Tecum for Rule 2004 Examination in October 2013. On February 13, 2014, the Trustee filed litigation against Black Castle, Blackstar Financial, Inc., and its principals. The Trustee is pursuing this litigation and is also attempting to resolve and settle the issues and liquidate the investment in an effort to minimize litigation costs. The Trustee has attended settlement meetings and discussions and has reached a tentative settlement. The Trustee anticipates file a settlement motion with the Bankruptcy Court during the 1st Quarter 2015.

2. The Trustee and his professionals analyzed the CAOPI intercompany claims including cash transferred to the Legacy Debtors, Tooele property transferred to the Legacy Debtors, and the various complex and commingled intercompany transactions. The Legacy Trust and CAOPI Trust have settled all remaining disputed prepetition intercompany claims (except mismanagement claims) pursuant to the Conflict Referee procedures outlined in the approved

4

**CASTLE ARCH OPPORTUNITY PARTNERS I, LLC**
**(CASE NO: 11-35240)**

POST CONFIRMATION QUARTERLY REPORT
4th QUARTER - 2014

## NARRATIVE

### CAOP I Trust (Continued)

Plan and Liquidation Trust Agreements. A settlement agreement was executed between the parties and a motion was submitted to the Bankruptcy Court for approval on November 12, 2014. The settlement terms included: (a) return of the Tooele Land to the Legacy Trust; (b) Legacy Trust to retain title to the Tooele Water; (c) CAOP I Trust shall have an allowed general unsecured claim against the Legacy Trust in the total amount of $5,327,853, and (d) the CAOP I Trust shall have a right to payment in the amount of $77,182 from the net sale proceeds of the Tooele Land resulting from a new value preference defense.

3. Continued to analyze the Conix related investments and activity.

### CAOP II Trust

1. Reviewed and analyzed an investment in a mortgage loan involving a property in Granite City, Illinois. The loan is currently in default and the Trustee and his professionals have been working to determine liquidation options for this investment which may include a foreclosure sale or loan modification. The current borrower is in the process of refinancing the loan.

2. Investigated, analyzed, and prepared a complaint against Western Showcase regarding mobile home investments made by CAOP II. The Trustee negotiated and reached a settlement with Western Showcase for $300,000. A motion was filed with the Bankruptcy Court on May 8, 2014 and Order was executed on June 6, 2014 approving the settlement. Western Showcase is in default of the settlement agreement and the Trustee is still pursuing payment.from.

3. Reviewed and analyzed accounting and investment activity and related financial reporting for the Black Castle investment. The Trustee and his professionals have requested additional documentation and information to analyze, resolve and liquidate the investment. The principals of Black Castle have not sufficiently responded to these document requests, which resulted in the Trustee serving a Subpoena Duces Tecum for Rule 2004 Examination in October 2013. On February 13, 2014, the Trustee filed litigation against Black Castle, Blackstar Financial, Inc., and its principals. The Trustee is pursuing this litigation and is also attempting to resolve and settle the issues and liquidate the investment in an effort to minimize litigation costs. The Trustee has attended settlement meetings and discussions and has reached a tentative settlement. The Trustee anticipates file a settlement motion with the Bankruptcy Court during the 1st Quarter 2015.

4. The Legacy Trust and CAOPII Trust have settled all remaining disputed prepetition intercompany claims pursuant to the Conflict Referee procedures outlined in the approved Plan and Liquidation Trust Agreements. A settlement agreement was executed between the parties and a motion was submitted to the Bankruptcy Court for approval on July 11, 2014. The settlement terms included: (a) Legacy Trust shall have an allowed general unsecured claim against the CAOP II Trust in the total amount of $42,661, and (b) the parties have

5

CASTLE ARCH OPPORTUNITY PARTNERS I, LLC
(CASE NO: 11-35240)

## POST CONFIRMATION QUARTERLY REPORT
### 4th QUARTER - 2014

### NARRATIVE

#### CAOP II Trust (Continued)

provided each other mutual releases. The Bankruptcy Court approved the settlement on August 1, 2014.

5. Continued to analyze the Conix related investments and activity.